# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Gwendolyn Dianette Walker, *as Personal Representative of the Estate of Robert Lee Walker*, <br>     Plaintiff(s), <br><br> vs <br><br> Liberty Mutual Insurance Company; <br> K and W Cafeterias Inc, <br>     Defendant(s). | 4:16-cv-01388-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus

postjudgment interest at the date of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge.

                                                          Robin L. Blume <br>
                                                       CLERK OF COURT

January 26, 2018                              By: <u>s/Leah M. Suttles</u> <br>
                                                         Deputy Clerk